ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Restoration Specialists, LLC | ) ASBCA No. 63284 |
| | ) |
| Under Contract No. FA4418-13-D-0006 | ) |

APPEARANCES FOR THE APPELLANT:    A. Bright Ariail, Esq.
        Warren W. Ariail, Esq.
         Law Office of A. Bright Ariail, LLC
        Charleston, SC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
         Air Force Deputy Chief Trial Attorney
        Aaron J. Weaver, Esq.
         Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $58,412.94 This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 30, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur

J. REID PROUTY                                DAVID D'ALESSANDRIS
Administrative Judge                          Administrative Judge
Acting Chairman                               Acting Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63284, Appeal of Restoration
Specialists, LLC, rendered in conformance with the Board's Charter.

     Dated:  April 30, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2